Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| EMILY KIEFER, on behalf of herself and all other persons similarly situated, known and unknown,<br><br>Plaintiff,<br><br>vs.<br><br>BOB EVANS FARMS, LLC and BOB EVANS RESTAURANTS, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case Number: 17-1544<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**  This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the above captioned case is remanded back to the Tenth Judicial Circuit of Illinois, Tazewell County.

**Dated:**  5/23/2018

s/ Denise Koester
Denise Koester
Acting Clerk, U.S. District Court